

www.adjtlaw.com

Amy Warr
*Board Certified—Civil Appellate Law*
*Texas Board of Legal Specialization*
Direct Dial 512.482.9312
awarr@adjtlaw.com

July 2, 2015

Mr. Jeffrey D. Kyle
Clerk, Third Court of Appeals
PO Box 12547
Austin, Texas 78711

*Via Facsimile: (512) 463-1685*

Re: Court of Appeals No. 03-15-00308-CV
Trial Court No. D-1-FM-14-003084

Dear Mr. Kyle:

The State Bar of Texas Appellate Section Pro Bono Committee ("Committee") has made a match for the referenced case.

The pro bono appellant is:

Jennifer Onkst
[No address at this time]
Jonkst82@hotmail.com
512-653-6976

The Committee appointed Mary Evelyn McNamara as the volunteer appellate attorney. Her contact information is:

Mary Evelyn McNamara
1209 West 5th Street, Suite 200
Austin, Texas 78703
512-439-7000 office
512-439-7007 fax
memcnamara@riversmcnamara.com

AUSTIN
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
TEL 512.482.9300 FAX 512.482.9303

DALLAS
4925 Greenville Avenue, Suite 510
Dallas, Texas 75206-4026
TEL 214.369.2358 FAX 214.369.2359

HOUSTON
1844 Harvard Street
Houston, Texas 77008-4342
TEL 713.523.2358 FAX 713.522.4553

Mr. Jeffrey D. Kyle
July 2, 2015
Page 2


Do not hesitate to call if you need any further information.

Very truly yours,

Amy Warr
Chair, Screening Committee


cc:    Mary Evelyn McNamara

# ALEXANDER DUBOSE
# JEFFERSON & TOWNSEND LLP
BANK OF AMERICA CENTER
515 CONGRESS AVENUE, SUITE 2350
AUSTIN, TEXAS 78701
TELEPHONE: (512) 482-9300
TELECOPIER: (512) 482-9303

## FACSIMILE TRANSMITTAL SHEET

Date: July 2, 2015

To: Jeffrey D. Kyle

Fax No.: 512-463-1685

From: Amy Warr

No. of pages (incl. cover sheet): 3

**IMPORTANT:** This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the United States Postal Service. Thank you.

Notes/Comments: